ORIGINAL

**FILED**

09/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0232

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0232



FILED

SEP 1 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE MOTION FOR ADMISSION UPON UNIFORM
BAR EXAMINATION SCORE TRANSFER

O R D E R

---

Benjamin C. Thompson has filed a petition for admission to the State Bar of Montana pursuant to Rule IV of the Rules for Admission to the Bar of the State of Montana, governing admission upon Uniform Bar Examination score transfer. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Thompson has provided the necessary documentation and has satisfied the requirements prerequisite to admission under Rule IV of the Rules for Admission to the State Bar of Montana.

Thompson has also requested permission to be sworn in by Justice of the Peace Jeanne Walker of the Thirteenth Judicial District, Yellowstone County.

Upon consideration of the petition,

IT IS ORDERED that upon payment of any application fees and competition of any other processing requirements as set forth by the Bar Admissions Administrator, Benjamin C. Thompson may be sworn in to the practice of law in the State of Montana.

However, Rule X(D) of the Rules of Admission provides that in-jurisdiction swearing-in must be administered by "the Clerk of the Montana Supreme Court or by any *district judge* in the state of Montana." (Emphasis added.) Therefore, a justice of the peace is not authorized to administer the oath under the Rules. Therefore, Thompson's request to be sworn in to the practice of law by a Yellowstone County Justice of the Peace is DENIED. Other arrangements for swearing-in may be made by contacting the office of the Clerk of the Montana Supreme Court.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 19th day of September, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices